UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                                     :

JAMES JOHNSON,

                                     :

              Petitioner,          :           **ORDER**

                                     :

        - against -            :      07 Civ. 5905 (SAS) (FM)

                                     :

DALE AARTUZ,

                                     :

             Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SHIRA A. SCHEINDLIN, U.S.D.J.:

        On February 20, 2009, Magistrate Judge Frank Maas issued a Report

and Recommendation in which he recommends that the petition brought by James

Johnson pursuant to 28 U.S.C. § 2254 be dismissed.  Unfortunately, the Report

and Recommendation was mailed to the wrong facility and petitioner did not

receive it until March 3, 2009.  Petitioner therefore requests an additional fifteen

to thirty days in which to reply to the Report and Recommendation.

        Petitioner must submit his objections by April 10, 2009.  All papers

must be sent to this Court's Pro Se Office at 500 Pearl Street, Room 230, New

York, New York 10007, and must be served upon Respondent's  counsel.  The

Clerk of the Court is directed to close petitioner's motion for an extension of time

(Document # 12).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           March 19, 2009

## - Appearances -

**Petitioner (Pro Se):**

James Johnson
# 03-A-4592
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

**For Respondent:**

Jennifer L. Johnson
Assistant Attorney General
120 Broadway
New York, NY 10271